# Third District Court of Appeal

## State of Florida

Opinion filed May 26, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1399
Lower Tribunal No. 20-1687

————————

## Agnieszka Dworakowska, et al.,
Appellants,

vs.

## Wieslaw L. Janiga,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Celeste Hardee Muir, Judge.

Adrian Philip Thomas, P.A., and Adrian P. Thomas, and Michele M. Thomas, and Ryan G. Nagle (Ft. Lauderdale), for appellants.

Law Offices of George A. Minski, P.A., and George A. Minski, and Christin Coleman Gallardo (Hollywood), for appellee.

Before FERNANDEZ, LOGUE, and LINDSEY, JJ.

PER CURIAM.

Affirmed.